"EXHIBIT"
- "A" -

FOR HIS BOOK OF "NON-FICTION" -
CITING WORK BY HIM - INASMUCH
AS BEING DENIED TREATMENT - AND
NOT ACCEPTABLE TO BEING RE.C.I.
TO BE LET OUT SHORTLY BY HIM!

V. Did the incident of which you complain occur in an institution or place of custody in this District?
If so, where? SCI-Albion RHU-& Retaliations
followed by a "Spot Dispose Grossly."
and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is YES,

1. What steps did you take? EXHAUSTED.

2. What was the result? Denied - #206497
#207164 - and # 217450.

D. If your answer is NO, explain why not: N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? AT ALBION TOOK TO
LT. ERKWIN, CAPT. MR. FULLER -

2. What was the result? Help Legal Stuff Get
Back off Doctors - at "Retaliation"
At LT. AND CAPT.

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

#1. ORDER "CAPT. FULLEN" GIVE
SHOT GAVE BACK" #2. AWARD 2 MILLION.
#3. ORDER-INVESTIGATION INTO "RHU"
OFFICER'S AS NOT "SUICIDE" BUT COMBINDING MEDICATIONS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

10-12-08                              Thomas
(Date)                                (Signature of Plaintiff)

#4